# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Tremayne Kendrick Blackwell,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:13-cv-00011-RLV |
| | ) | 5:05-cr-00257-RLV-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2015 Order.

September 25, 2015

Frank G. Johns, Clerk
United States District Court